UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YUNELI ROSADO RAMIREZ, *individually and on behalf of all other employees similarly situated* )<br>)<br>)<br>)<br>*Plaintiff*, )<br>)<br>-v- )<br>TIERRA Y MAR RESTAURANT INC. )<br>(DBA TIERRA Y MAR RESTAURANT) )<br>YOSELIN CRUZ. )<br>*Defendants.* | 1:22-cv-00158-ER<br>Rosado v. Tierra y Mar Restaurant Inc et al<br>[PROPOSED] DEFAULT JUDGMENT |

This action was commenced on January 7, 2022 (Docket # 1) Summons were issued for the individual defendant on January 10, 2022 (Docket # 5). Service was then made on the defendant on January 25, 2022 (Docket #9).

To date, no defendant has answered the Complaint or otherwise appeared or moved, and the Clerk of this Court has certified the default of all Defendants (Docket 54) The time for answering the Complaint having expired, it is

NOW, on motion of Plaintiffs, by their attorney Stillman Legal PC., It is hereby ORDERED, ADJUDGED, AND DECREED:

That the Plaintiffs have judgment jointly and severally against the Defendants TIERRA Y MAR RESTAURANT INC. (DBA TIERRA Y MAR RESTAURANT) YOSELIN CRUZ., in the total amount of $133,240.00.

That the Plaintiff is awarded attorney's fees and costs in the amount of $3,675.00

That Plaintiff is awarded post-judgment interest, as calculated under 28 U.S.C. § 1961.

That if any amounts remain unpaid upon the expiration of ninety days following issuance of the judgment, or ninety days after expiration of the time to appeal and no appeal is then pending, whichever is later, the total amount of judgment shall automatically increase by fifteen percent, as required by NYLL § 198(4).

Dated: New York, New York

    March 31, 2022

_____
U.S.D.J.