UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
YUNELI ROSADO RAMIRES,

                                                    Case No.: 22-cv-00158-ER

Plaintiff,

                                            SATISFACTION OF JUDGMENT

-against-

TIERRA Y MAR RESTAURANT INC., ET AL,

Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

    WHEREAS, a judgment was entered in the above action on the 16th day of June 2022, in

favor of Plaintiff YUNELI ROSADO RAMIRES, against Defendants TIERRA Y MAR

RESTAURANT INC. (d/b/a TIERRA Y MAR RESTAURANT) and  YOSELIN CRUZ, jointly

and severally, in the amount of $70,147, and said judgment with interest and costs thereon

having been compromised and fully satisfied, and it is certified that there are no outstanding

executions with any Sheriff or Marshall,

    THEREFORE, full and complete satisfaction of said judgment is hereby acknowledged,

and the Clerk of the Court is hereby authorized and directed to make an entry of the full and

complete satisfaction on the docket of said judgment.


Dated: New York, New York
       May 4, 2023

                                        Jesse Barton, Esq.
                                        CSM LEGAL, P.C.
                                        60 East 42nd St. Suite 4510
                                        New York, NY 10165
                                        Tel: (212) 317-1200; Fax: (212) 317-1620
                                        Email: jbarton@csm-legal.com
                                        *Attorneys for Plaintiff*

STATE OF NEW YORK)

      )    ss.:

COUNTY OF NEW YORK)

      On the ⁤4 th day of May, 2023, before me personally came Jesse Barton, to me known and known to be Of Counsel of the firm of CSM Legal, P.C., attorneys for Plaintiff in the above-entitled action, and to be the same person described in and who executed the within satisfaction of judgment and acknowledged to me that he executed the same.

Notary Public

Jarret Thomas Bodo
STATE
OF NEW YORK
NOTARY PUBLIC
Qualified in New York County
02BO6418599
MY COMMISSION EXPIRES 08/14/2025